UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCOTT E. TANNE, ESQ., P.C.
4 Chatham Road
Summit, NJ 07901
(973) 701-1776
Fax: (973) 701-0111
Scott E. Tanne, Esq.
ST2477
Attorney for Debtor(s)

In Re:

Bruce H. White

Order Filed on February 22, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 15-24523-RG

Chapter: 13

Judge: Gambardella

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: February 22, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Scott E. Tanne_____, the applicant, is allowed a fee of $ _____400.00_____ for services rendered and expenses in the amount of $_____1.60_____ for a total of $_____401.60_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____1,185.00_____ per month for _remaining 30_ months to allow for payment of the above fee.

Increased payments to commence February 2018.

In the event that the case is dismissed prior to payment of fees and expenses ordered herein, any funds on hand with the Chapter 13 Trustee shall be disbursed pursuant to this order before a refund is issued to the debtor.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Bruce H White  
    Debtor

Case No. 15-24523-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2   User: admin   Page 1 of 1   Date Rcvd: Feb 22, 2018  
                  Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2018.  
db         +Bruce H White,   423 East Grand Ave,   Rahway, NJ 07065-5322

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2018 at the address(es) listed below:

      Andrew L. Spivack   on behalf of Creditor   WELLS FARGO BANK, N.A. AS SERVICER FOR Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I INC. Trust 2006-HE3 nj.bkecf@fedphe.com  
      Andrew L. Spivack   on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-HE3 nj.bkecf@fedphe.com  
      Denise E. Carlon   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital Inc. Trust 2006-HE3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Marie-Ann Greenberg   magecf@magtrustee.com  
      Scott E. Tanne   on behalf of Debtor Bruce H White info@tannelaw.com, tanne.ecf.email@gmail.com  
                                                                   TOTAL: 5