

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

   BRUCE H WHITE

**Order Filed on June 26, 2018**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

**Case No.:  15-24523 RG**

**Hearing Date:  6/20/2018**

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 26, 2018**

_Rosemary Gambardella_
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s):  BRUCE H WHITE

Case No.:  15-24523

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 06/20/2018 on notice to SCOTT E TANNE ESQ,

and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must become current with payments to the Trustee's office by 6/30/2018 or
  the case will be dismissed.